

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00029-CV

**HIS INDUSTRIES, INC.** d/b/a Technovations,
Appellant

v.

Richard **KEIGER** and Leticia Keiger,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-06066
Honorable Richard Price, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellees, Richard Keiger and Leticia Keiger, recover their costs of this appeal from appellant, HIS Industries, Inc. d/b/a Technovations.

SIGNED June 5, 2013.

_____
Karen Angelini, Justice